**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODRIGUEZ LOBO ALEJANDRO,<br>Petitioner,<br>v.<br>D. MARIN, *et al.*,<br>Respondents. | Case No. ED CV 26-1497-DMG (SK)<br>**JUDGMENT** |

In accordance with the Order Accepting Report and Recommendation to Deny in Part and Dismiss in Part the Second Amended Petition under 28 U.S.C. § 2241, IT IS ADJUDGED that this habeas action is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: August 31, 2026

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE